# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**NORTH AMERICAN DISMANTLING CORP.,**

    Plaintiff/Counter-Defendant,

v.

**AEP GENERATION RESOURCES, INC.,**

    Defendant/Counter-Plaintiff.

Case No. 2:17-cv-809
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Proceeding Pending Arbitration. (ECF No. 38). For good cause shown, the parties' Motion (ECF No. 38) is **GRANTED**. It is **ORDERED** that the above-captioned case is **STAYED** pending the conclusion of arbitration.

**IT IS SO ORDERED.**

4-17-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE